JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA11; CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA11; CWALT, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROES 1-10 AND DOES 1-10, inclusive, representing a class of unknown persons who claim or have the right to claim an interest in certain real property located in Stevenson Ranch, California,<br><br>　　　　　Defendants. | EDCV 15-3407 DSF (VBKx)<br><br>**JUDGMENT** |

　　The Court having granted defendants' motion to dismiss,

　　IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit

1  pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

2      Dated: 7/24/16  _____

3  Dated:_____

4                                                                Dale S. Fischer
                                                                   United States District Judge